1  **FRANKLIN G. GUMPERT, # 66051**
   **BARKETT & GUMPERT**
2  **ATTORNEYS AT LAW**
   2862 Arden Way, Suite 101
3  Sacramento, CA 95825
   Telephone (916) 481-3683
4  Facsimile (916) 481-3948

5  Attorneys for Defendant
   COUNTY OF EL DORADO

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  EDWARD L. KEMPER,                    No. CV-08-00384 GEB-GGH

12          Plaintiff,                   SUBSTITUTION OF ATTORNEYS FOR
                                         DEFENDANT
13  vs.

14  EL   DORADO   COUNTY,   a
    municipality,
15
            Defendants.
16  _____/

17          Defendant COUNTY OF EL DORADO hereby substitutes Stephen

18  E. Horan of Porter, Scott, Weiberg & Delehant as counsel in place

19  of Franklin G. Gumpert of Barkett & Gumpert.

20  DATED:  April _10, 2008        COUNTY OF EL DORADO

21
                                   By:  /s/ Jon C. Hendrickson
22

23          I consent to this substitution.

24  DATED:  April 15, 2008         BARKETT & GUMPERT
                                    Attorneys at Law
25

26                                 By:  /s/ Franklin G. Gumpert
                                        FRANKLIN G. GUMPERT, #66051
27                                      Attorneys for Defendant
                                        COUNTY OF EL DORADO
28

                                    1

1          I accept the above substitution.

2   DATED:   April _10__ , 2008    PORTER, SCOTT, WEIBERG & DELEHANT

3
                            By:   /s/ Stephen E. Horan
4                                 STEPHEN E. HORAN, #125241
                                  Attorneys for Defendant
5                                 COUNTY OF EL DORADO

6          IT IS SO ORDERED.

7   Dated:   April 15, 2008

8

9                                 _____
                                  GARLAND E. BURRELL, JR.
10                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2