```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,                  )
                                   )    2:08-cv-00384-GEB-GGH
          Plaintiff,               )
                                   )    ORDER RE SETTLEMENT
     v.                            )
                                   )
EL DORADO COUNTY, a Municipality,  )
                                   )
          Defendant.                )
_____)
```

   The parties in this action shall attend a settlement conference that will be scheduled before the Honorable Kimberly J. Mueller. Each party is directed to have a principal with authority to settle the case on any terms present at the settlement conference.

   In addition, each party is directed to submit a settlement conference statement directly to the chambers of Judge Mueller five (5) court days prior to the settlement conference. Such statements shall not be filed with the clerk nor served on opposing counsel.  However, each party shall notify the other party

///

///

///

1
2  that the statement has been submitted to the judge's chambers.
3          IT IS SO ORDERED.
4  Dated:  May 29, 2008
5
6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge